EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 48 |
| Extensión de Términos por motivo de concesión del Jueves Santo 20 de marzo de 2008 | 173 DPR \_\_\_\_ |

Número del Caso: EM-2008-02

Fecha: 14 de marzo de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo de concesión          EM-2008-02
del Jueves Santo
20 de marzo de 2008

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de marzo de 2008.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el Jueves Santo 20 de marzo de 2008 a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones.

A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A secs. 72 y 73, y se considerará el Jueves Santo como si fuera un día feriado. Cualquier término a vencer ese día se extenderá hasta el lunes, 24 de marzo de 2008, próximo día laborable.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo